Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

In Re: Kara Homes, Inc.  
Debtor

Case No.: 06−19626−MBK  
Chapter 11

Kara Homes, Inc.  
Plaintiff

v.

Century Kitchens, Inc  
Defendant

Adv. Proc. No. 07−01067−MBK                            Judge: Michael B. Kaplan

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on August 29, 2007, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 45 − 19  
Opinion (related document:[19] Motion For Summary Judgment RE: voiding liens in favor of Plaintiffs and against Defendants. filed by Counter−Defendant Kara Homes, Inc., Plaintiff Kara Homes, Inc., Counter−Defendant Kara at Navasink, LLC, Plaintiff Kara at Navasink, LLC).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendants, Defendants' Attorneys. Signed on 8/29/2007 (mrg)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 29, 2007  
JJW: mrg

James J. Waldron  
Clerk